**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERTON PHINNEY,<br><br>        Plaintiff,<br><br>    vs.<br><br>AMCOL SYSTEMS, INC.,<br><br>        Defendant(s). | Case No.: 2:21-CV-02064-JLS-SK<br><br>**ORDER RE STIPULATION TO DISMISS WITH PREJUDICE** |

### ORDER RE STIPULATION TO DISMISS WITH PREJUDICE

The Stipulation to Dismiss Plaintiff's claims with Prejudice is hereby Approved. All parties shall bear their own costs and attorneys' fees.

**IT IS SO ORDERED.**

Dated: November 4, 2021

JOSEPHINE L. STATON

Josephine L. Staton
United States District Judge

- 1 -